■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATHLEEN M. MORGAN, Appellant. [40 NYS3d 799]—

Rose, J. Appeal from a judgment of the County Court of St. Lawrence County (Richards, J.), rendered May 8, 2015, which revoked defendant's probation and imposed a sentence of imprisonment.

In satisfaction of a 10-count indictment and other charges, defendant pleaded guilty to attempted burglary in the second degree and waived her right to appeal. She was sentenced, in accordance with the plea agreement, to five years of probation. Thereafter, on more than one occasion, defendant was charged with and admitted to violating various terms of her probation, including being arrested twice and being unsuccessfully discharged from a drug treatment program. Ultimately, County Court revoked defendant's probationary sentence and resentenced her to a prison term of 3½ years and three years of postrelease supervision. Defendant appeals.

Defendant's sole contention on appeal is that the resentence was harsh and excessive. We disagree. Defendant displayed a repeated inability to comply with the terms of probation. Contrary to defendant's contention, the record does not reflect any extraordinary circumstances or abuse of County Court's discretion to warrant a reduction of the sentence in the interest of justice (*see People v Borasky*, 138 AD3d 1349, 1349 [2016]; *People v Bice*, 100 AD3d 1107, 1107-1108 [2012]; *People v Barrett*, 39 AD3d 1088, 1089 [2007], *lv denied* 9 NY3d 863 [2007]).

Peters, P.J., McCarthy, Lynch and Mulvey, JJ., concur. Ordered that the judgment is affirmed.